# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>DOWNEY FINANCIAL CORP.<br><br>                Debtor. | Chapter 7<br><br>Case No. 08-13041-(CSS) |
| MONTAGUE S. CLAYBROOK, Chapter 7 Trustee for Downey Financial Corp.,<br><br>                Plaintiff,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for Downey Savings and Loan, F.A and in its corporate capacity,<br><br>                Defendants. | Adv. Pro. No. 09-51085 (CSS) |

## STATUS REPORT

Pursuant to Order entered July 19, 2010 [Adv. Dkt. No. 26], the Trustee provides this Status Report of the above captioned adversary proceeding.

1.    Downey Financial is a holding company incorporated in the State of Delaware with its former principal place of business at 3501 Jamboree Road, Newport Beach, California. Downey Savings is the wholly owned subsidiary of Downey Financial. On November 21, 2008, the Director of the Office of Thrift Supervision appointed the Federal Deposit Insurance Corporation ("FDIC-R") as receiver for Downey Savings. Immediately after appointment as receiver, FDIC-R sold substantially all of the former assets of Downey Savings, to US Bank National Association. On November 25, 2008, Downey Financial filed a voluntary petition

pursuant to Chapter 7 of Title 11 of the United States Code in the United States Bankruptcy Court in the District of Delaware (Bankr. Case No. 08-13041 (CSS)). The Trustee is the duly appointed Chapter 7 bankruptcy trustee for Downey Financial.

2. On June 26, 2009, the Trustee initiated the above captioned adversary proceeding against the FDIC-R and the FDIC in its corporate capacity ("FDIC-C").

3. Later that day, on June 26, 2009, the Trustee commenced a civil action (the "DC Action") against the FDIC-R and FDIC-C in the United States District Court for the District of Columbia (Civ. Action No. 1:09-cv-01247-RJL) on account of the bankruptcy estate of Downey Financial's claims against the receivership of Downey Savings.

4. The claims asserted in this adversary proceeding are substantially similar to the claims asserted in the DC Action. By Order entered October 5, 2009, this Court approved a Stipulation which stayed this adversary proceeding until final resolution of the DC Action.

5. By Order entered October 30, 2009, this Court dismissed without prejudice the claims against the FDIC-C.

6. By Minute Order entered July 14, 2010, the District Court Judge with jurisdiction over the DC Action granted the Joint Motion of the Trustee and FDIC-R to extend the discovery deadline until December 22, 2010 to allow the parties time to resolve their claims through mediation.

7. By Order entered May 21, 2010, this Court appointed the Honorable Richard Fehling, United States Bankruptcy Judge for the Eastern District of Pennsylvania, as a mediator over certain disputes between the Trustee and FDIC-R. Two mediation sessions have been held to date, and additional mediation sessions have already been scheduled by Judge Fehling.

8. The parties anticipate that the disputes in this action may be part of any settlement reached between the parties.

WHEREFORE, the Plaintiff respectfully submits this Status Report to comply with the Court's Order entered July 19, 2010. If the Court has any additional questions or concerns, the undersigned is available at the Court's convenience.

FOX ROTHSCHILD LLP

/s/ Sheldon K. Rennie
Sheldon K. Rennie (No. 3722)
919 North Market Street, Suite 130
Wilmington, Delaware 19801-3046
Telephone: (302) 654-7444

- and -

Michael Menkowitz
William H. Stassen
2000 Market Street, Twentieth Floor
Philadelphia, Pennsylvania 19103-3222
Telephone: (215) 299-2853

- and -

Raymond M. Patella
1301 Atlantic Avenue
Midtown Building – Suite 400
Atlantic City, New Jersey 08401
Telephone: (609) 572-2254

Counsel for the Trustee

DATED: August 6, 2010